UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEIVI SAMUEL LOZANO-ANAYA,

    Plaintiff,

v.

FIELD OFFICE DIRECTOR,
GARRET J. RIPA;  U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, DIRECTOR
MIAMI FIELD OFFICE,
IMMIGRATION AND CUSTOMS
ENFORCMENT,

    Defendants,

Case No. 2:25-cv-1119-KCD-DNF

## ORDER

Plaintiff Deivi Samuel Lozano-Anaya is a noncitizen who was arrested and turned over to immigration authorities. (*See* Doc. 1 at 1-2.)[1] He has filed an "Emergency Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241." (*Id.* at 1.) As for relief, he seeks "immediate release from ICE custody" or "a custody hearing within 48 hours." (*Id.* at 5.)

Plaintiff was released to voluntarily leave the United States after filing this case. (*See* Doc. 15 at 2-3.) That moots his habeas claims attacking his detention. *See, e.g.*, *Zapeta v. Exec. Dir. of the Fla. Div. of Emergency Mgmt.*, No. 2:25-CV-00697-JLB-KCD, 2025 WL 2432501, at *3 (M.D. Fla. Aug. 22,

---

[1] Plaintiff's habeas petition is not paginated, so the Court cites the page numbers generated by its electronic filing system.

2025). Put another way, "[s]ince [Plainitff] already has been released from custody, his prayer for relief has been satisfied." *Djadju v. Vega*, 32 F.4th 1102, 1107 (11th Cir. 2022).

Although difficult to decipher, Plaintiff's petition also seems to allege several civil rights violations surrounding his arrest. But a habeas petition is not the proper vehicle to raise such claims. *See, e.g.*, *Keys v. Warden, FCC Coleman-Low*, No. 5:20-CV-319-OC-02PRL, 2020 WL 3962233, at *1 (M.D. Fla. July 13, 2020). Plaintiff must file a civil rights complaint to the extent he seeks to challenge the constitutionality of his arrest.

For the reasons above, Plaintiff's habeas petition (Doc. 1) is **DENIED**. The Clerk of Court is **DIRECTED** to terminate all deadlines, deny any pending motions as moot, and close the case.

**ORDERED** in Fort Myers, Florida on December 16, 2025.

Kyle C. Dudek
United States District Judge